IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

ARDITH DONNA MORRIS,

        Defendant.

8:18MJ344

ORDER FOR DISMISSAL

IT IS ORDERED the Motion for Dismissal without prejudice in the above-captioned case be granted as requested.

DATED this __17__ day of September, 2018.

*(signed)* Susan M. Bazis
SUSAN M. BAZIS
United States Magistrate Judge